**CGFD28** (9/19/08)



**ORDERED in the Southern District of Florida on December 15, 2009**

Paul Hyman

**Paul G Hyman Jr**
Chief United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 09–25948–PGH**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Silvana DeCastro
fka Silvana Ugalde
3864 Jonathan Way
Boynton Beach, FL 33436

SSN: xxx–xx–1390

## FINAL DECREE

The trustee, Michael R Bakst, having filed a final report that the estate has been fully administered, is discharged and the case is closed.